UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA VILLANUEVA, AS PUTATIVE ADMINISTRATOR OF THE ESTATE OF HER BROTHER HERMINIO VILLANUEVA,

          Plaintiff,

-against-

THE CITY OF NEW YORK; CORRECTION OFFICER KENYATTA JONES, SHIELD NO. 2192; AND CORRECTION OFFICER TYIESHA COTTLE, SHIELD NO. 18386,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2023_

22 Civ. 9411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan submitted via email. The parties request more than 120 days for fact discovery without explaining how the case presents "unique complexities or other exceptional circumstances." Proposed CMP ¶ 5. In addition, the deadline for expert discovery is set for more than forty-five days after the completion of fact discovery. *Id.* ¶ 7(a). Accordingly, by **January 18, 2023**, the parties shall submit their revised case management plan.

    SO ORDERED.

Dated: January 11, 2023
       New York, New York

                                    ANALISA TORRES
                               United States District Judge