USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/02/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVA VILLANUEVA,                                      :
                                                    :
                                                    :
                              Plaintiff,            :        **ORDER**
                                                    :
              -v-                                    :        22-CV-9411 (AT) (JLC)
                                                    :
KENYATTA JONES, *et al.*,                            :
                                                    :
                                                    :
                              Defendants.           :
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated May 1, 2023 (Dkt. No. 52), Judge Torres referred

this case to me for settlement.  The parties are directed to advise the Court within

30 days when they wish to schedule the settlement conference.  The parties should

do so by filing a letter-motion on the docket that indicates at least three dates that

are mutually convenient for the parties.  Alternatively, counsel are free to e-mail

my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually

convenient date for the parties and the Court.

The settlement conference can be conducted either via video conferencing or

in-person.  When advising the Court as to their preferred scheduling dates, the

parties should indicate which format they prefer.  If video conference is requested,

the Court will provide additional information about the logistics in advance of the

conference.  An in-person conference will be permitted only if all participants in the

conference (attorneys, clients, and any interpreters) comply with the Court's most

1

recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus).  For avoidance of doubt, all parties must agree to proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

      **SO ORDERED.**

Dated: May 2, 2023
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge