```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/25/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA VILLANUEVA, AS ADMINISTRATOR OF THE ESTATE OF HER BROTHER, HERMINIO VILLANUEVA,

                      Plaintiff,

-against-

THE CITY OF NEW YORK; CORRECTION OFFICER KENYATTA JONES, SHIELD NO. 2192; AND CORRECTION OFFICER TYIESHA COTTLE, SHIELD NO. 18386, and JOHN AND JANE DOES 1-11,

                      Defendants.

22 Civ. 9411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for October 17, 2023, is ADJOURNED to **November 14, 2023**, at **10:20 a.m.**

    SO ORDERED.

Dated: August 25, 2023
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge